UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-1644

CATO BATTLE,

Plaintiff - Appellant,

versus

WILLIAM G. WRIGHT, Director, Hampton Medical
Center; JESSE BROWN, Director, Department of
Veterans Affairs; JOHN R. FEARS, Director,
Medical Center,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., District Judge. (CA-97-363-2)

Submitted: July 10, 1997

Decided: July 23, 1997

Before RUSSELL, HALL, and MURNAGHAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cato Battle, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil complaint without prejudice as frivolous. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court, <u>Battle v. Wright</u>, No. CA-97-363-2 (E.D. Va. Apr. 14, 1997), and we find this appeal frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2